# United States Bankruptcy Court
## District of Arizona

In re  **CECILIA LENZY**  
Debtor(s)

Case No.  **2:18-bk-11487**  
Chapter  **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ■  Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐  Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐  Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **CECILIA LENZY**, declares the foregoing to be true and correct under penalty of perjury.

Date **November 8, 2018**

Signature **/s/ CECILIA LENZY**  
**CECILIA LENZY**  
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8RB | 137774 | 004075 | 586 | 0000131303 | 1 |

1199-0002

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement



Period Beginning: 03/12/2018
Period Ending: 03/25/2018
Pay Date: 03/30/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 9
  AZ: Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 67.55 | 1,111.87 | 8,457.47 |
| Ot Overtime | 24.6900 | 9.52 | 235.05 | 2,131.51 |
| Per Personal | 16.4600 | 3.65 | 60.08 | 178.60 |
| Sck Sick Pay | 16.4600 | 9.57 | 157.52 | 330.84 |
| Hol Holiday | | | | 263.36 |
| **Gross Pay** | | | **$1,564.52** | 11,361.78 |

Your federal taxable wages this period are $1,409.53

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 77.07 | 600.15 |
| Personal | | 1.55 |
| Sick | | 2.57 |
| Vac Accrued | | 24.67 |
| Employee Id | | 07062510 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -87.39 | 665.99 |
| | Medicare Tax | -20.44 | 155.76 |
| | AZ State Income Tax | -11.28 | 85.95 |
| | Federal Income Tax | | 3.64 |
| | **Other** | | |
| | Dn1 Dental | -19.99* | 79.96 |
| | Hsa Family | -21.74* | 86.96 |
| | Md1 Medical | -108.00* | 432.00 |
| | Sla Ee Sup Life | -3.00 | 12.00 |
| | Vs1 Vision | -5.26* | 21.04 |
| | **Net Pay** | **$1,287.42** | |
| | Cka Checking 1 | -1,287.42 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Deposited to the account of
CECILIA B. LENZY

Advice number: 00000131303
Pay date: 03/30/2018



THIS IS NOT A CHECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0216 | xxxx xxxx | $1,287.42 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BRB | 137774 | 004075 | 586 | 0000151315 | 1 |

1174-0002

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement



Period Beginning: 03/26/2018
Period Ending: 04/08/2018
Pay Date: 04/13/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 9
  AZ: Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 80.00 | 1,316.80 | 9,774.27 |
| Ot Overtime | 24.6900 | 6.32 | 156.03 | 2,287.54 |
| Per Personal | 16.4600 | 1.55 | 25.51 | 204.11 |
| Sck Sick Pay | 16.4600 | 2.57 | 42.30 | 373.14 |
| Hol Holiday | | | | 263.36 |
| **Gross Pay** | | | **$1,540.64** | 12,902.42 |

Your federal taxable wages this period are $1,385.65

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 86.32 | 686.47 |
| Personal | | 1.55 |
| Sick | | 2.87 |
| Vac Accrued | | 27.75 |
| Employee Id | | 07062510 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -85.91 | 751.90 |
| | Medicare Tax | -20.09 | 175.85 |
| | AZ State Income Tax | -11.09 | 97.04 |
| | Federal Income Tax | | 3.64 |
| | **Other** | | |
| | Dn1 Dental | -19.99* | 99.95 |
| | Hsa Family | -21.74* | 108.70 |
| | Md1 Medical | -108.00* | 540.00 |
| | Sla Ee Sup Life | -3.00 | 15.00 |
| | Vs1 Vision | -5.26* | 26.30 |
| | **Net Pay** | **$1,265.56** | |
| | Cka Checking 1 | -1,265.56 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Advice number: 00000151315
Pay date: 04/13/2018

Deposited to the account of
CECILIA B. LENZY

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxxxxx0216 | xxxx xxxx | $1,265.56 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8RB | 137774 | 004075 | 586 | 0000171310 | 1 |

1173-0002



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement    ADP

Period Beginning: 04/09/2018
Period Ending: 04/22/2018
Pay Date: 04/27/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 9
  AZ: Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 80.00 | 1,316.80 | 11,091.07 |
| Ot Overtime | 24.6900 | 13.03 | 321.72 | 2,609.26 |
| Per Personal | 16.4600 | 1.50 | 24.69 | 228.80 |
| Sck Sick Pay | 16.4600 | 2.00 | 32.92 | 406.06 |
| Hol Holiday | | | | 263.36 |
| **Gross Pay** | | | **$1,696.13** | 14,598.55 |

Your federal taxable wages this period are $1,541.14

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 93.03 | 779.50 |
| Personal | | 1.60 |
| Sick | | 3.98 |
| Vac Accrued | | 30.83 |
| Employee Id | | 07062510 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -95.55 | 847.45 |
| | Medicare Tax | -22.34 | 198.19 |
| | AZ State Income Tax | -12.33 | 109.37 |
| | Federal Income Tax | | 3.64 |
| | Other | | |
| | Dn1 Dental | -19.99* | 119.94 |
| | Hsa Family | -21.74* | 130.44 |
| | Md1 Medical | -108.00* | 648.00 |
| | Sla Ee Sup Life | -3.00 | 18.00 |
| | Vs1 Vision | -5.26* | 31.56 |
| **Net Pay** | | **$1,407.92** | |
| | Cka Checking 1 | -1,407.92 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Deposited to the account of
CECILIA B. LENZY

Advice number: 00000171310
Pay date: 04/27/2018

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxxxxx0216 | xxxx | xxxx | $1,407.92 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

From:Apria Healthcare   602 282 1634   09/20/2018 07:52   #500 P.011/025

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BRB | 137774 | 004075 | 586 | 0000191316 | 1 |

1242-0002



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement 

Period Beginning: 04/23/2018
Period Ending: 05/06/2018
Pay Date: 05/11/2018

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 9
 AZ: Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 80.00 | 1,316.80 | 12,407.87 |
| Ot Overtime | 24.6900 | 11.33 | 279.74 | 2,889.00 |
| Per Personal | 16.4600 | 1.00 | 16.46 | 245.26 |
| Hol Holiday | | | | 263.36 |
| Sck Sick Pay | | | | 406.06 |
| **Gross Pay** | | | **$1,613.00** | 16,211.55 |

Your federal taxable wages this period are $1,458.01

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 91.33 | 870.83 |
| Personal | | 2.15 |
| Sick | | 7.02 |
| Vac Accrued | | 33.92 |
| Employee Id | | 07062510 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -90.40 | 937.85 |
| | Medicare Tax | -21.15 | 219.34 |
| | AZ State Income Tax | -11.66 | 121.03 |
| | Federal Income Tax | | 3.64 |
| | **Other** | | |
| | Dn1 Dental | -19.99* | 139.93 |
| | Hsa Family | -21.74* | 152.18 |
| | Md1 Medical | -108.00* | 756.00 |
| | Sla Ee Sup Life | -3.00 | 21.00 |
| | Vs1 Vision | -5.26* | 36.82 |
| | **Net Pay** | **$1,331.80** | |
| | Cka Checking 1 | -1,331.80 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

---



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Advice number: 00000191316
Pay date: 05/11/2018

Deposited to the account of
CECILIA B. LENZY

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxxxxx0216 | xxxx | xxxx | $1,331.80 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

Case 2:18-bk-11487-BKM   Doc 25   Filed 11/08/18   Entered 11/08/18 15:11:04   Desc
Main Document    Page 6 of 15

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8RB | 137774 | 004075 | 586 | 0000211314 | 1 |

1185-0002

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement 

Period Beginning: 05/07/2018
Period Ending: 05/20/2018
Pay Date: 05/25/2018

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 9
 AZ: Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 72.74 | 1,197.30 | 13,605.17 |
| Per Personal | 16.4600 | 2.15 | 35.39 | 280.65 |
| Sck Sick Pay | 16.4600 | 7.00 | 115.22 | 521.28 |
| Ot Overtime | | | | 2,889.00 |
| Hol Holiday | | | | 263.36 |
| **Gross Pay** | | | **$1,347.91** | 17,559.46 |

Your federal taxable wages this period are $1,192.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 72.74 | 943.57 |
| Personal | | 1.55 |
| Sick | | 2.45 |
| Vac Accrued | | 37.00 |
| Employee Id | | 07062510 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -73.96 | 1,011.81 |
| | Medicare Tax | -17.29 | 236.63 |
| | AZ State Income Tax | -9.54 | 130.57 |
| | Federal Income Tax | | 3.64 |
| | **Other** | | |
| | Dn1 Dental | -19.99* | 159.92 |
| | Hsa Family | -21.74* | 173.92 |
| | Md1 Medical | -108.00* | 864.00 |
| | Sla Ee Sup Life | -3.00 | 24.00 |
| | Vs1 Vision | -5.26* | 42.08 |
| **Net Pay** | | **$1,089.13** | |
| Cka Checking 1 | | -1,089.13 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP LLC

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Advice number: 00000211314
Pay date: 05/25/2018

Deposited to the account of
CECILIA B. LENZY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0216 | xxxx xxxx | $1,089.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BRB | 137774 | 004075 | 586 | 0000231317 | 3 |

1186-0002



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# EARNINGS Statement 

Period Beginning: 05/21/2018
Period Ending: 06/03/2018
Pay Date: 06/08/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 9
  AZ: Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 75.78 | 1,247.34 | 14,852.51 |
| Ot Overtime | 24.6900 | 6.32 | 156.04 | 3,045.04 |
| Hol Holiday | 16.4600 | 8.00 | 131.68 | 395.04 |
| Per Personal | 16.4600 | 1.00 | 16.46 | 297.11 |
| Bna Ar Cash | | | | 1,568.20 |
| Bon/Comm Ot | | | | 84.60 |
| Sck Sick Pay | | | | 521.28 |
| **Gross Pay** | | | **$1,551.52** | 20,763.78 |

Your federal taxable wages this period are $1,396.53

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 82.10 | 1,025.67 |
| Personal | | 2.10 |
| Sick | | 5.18 |
| Vac Accrued | | 40.00 |
| Employee Id | | 07062510 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | -86.58 | | 1,200.87 |
| Medicare Tax | -20.25 | | 280.85 |
| AZ State Income Tax | -11.17 | | 154.97 |
| Federal Income Tax | | | 348.64 |
| **Other** | | | |
| Dn1 Dental | -19.99* | | 179.91 |
| Hsa Family | -21.74* | | 195.66 |
| Md1 Medical | -108.00* | | 972.00 |
| Sla Ee Sup Life | -3.00 | | 27.00 |
| Vs1 Vision | -5.26* | | 47.34 |
| **Net Pay** | | **$1,275.53** | |
| Cka Checking 1 | -1,275.53 | | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Advice number: 00000231317
Pay date: 06/08/2018

Deposited to the account of
CECILIA B. LENZY

THIS IS NOT A CHECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0216 | xxxx xxxx | $1,275.53 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8RB | 137774 | 004075 | 586 | 0000251311 | 1 |

1191-0002



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement 

Period Beginning: 06/04/2018
Period Ending: 06/17/2018
Pay Date: 06/22/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 9
  AZ: Tax is 0.8%

**CECILIA B. LENZY**
**1112 W BLUEBIRD DR**
**CHANDLER AZ 85286**

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 72.07 | 1,186.27 | 16,038.78 |
| Ot Overtime | 24.6900 | .98 | 24.20 | 3,069.24 |
| Bna Ar Cash | | | 487.57 | 2,055.77 |
| Bon/Comm Ot | 1.4859 | 11.33 | 16.83 | 101.43 |
| Per Personal | 16.4600 | 2.00 | 32.92 | 330.03 |
| Vac Vacation | 16.4600 | 8.00 | 131.68 | 131.68 |
| Hol Holiday | | | | 395.04 |
| Sck Sick Pay | | | | 521.28 |
| **Gross Pay** | | | **$1,879.47** | 22,643.25 |

$16.83, 11.33 Bon/Comm Ot Hours for 05/01/18 – 05/31/18

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,724.48

### Deductions

**Statutory**

| | | | |
|---|---|---|---|
| Federal Income Tax | -110.97 | 459.61 | |
| Social Security Tax | -106.92 | 1,307.79 | |
| Medicare Tax | -25.00 | 305.85 | |
| AZ State Income Tax | -13.79 | 168.76 | |

**Other**

| | | |
|---|---|---|
| Dn1 Dental | -19.99* | 199.90 |
| Hsa Family | -21.74* | 217.40 |
| Md1 Medical | -108.00* | 1,080.00 |
| Sla Ee Sup Life | -3.00 | 30.00 |
| Vs1 Vision | -5.26* | 52.60 |

| **Net Pay** | **$1,464.80** |
|---|---|
| Cka Checking 1 | -1,464.80 |
| **Net Check** | **$0.00** |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 73.05 | 1,098.72 |
| Personal | | 1.65 |
| Sick | | 7.62 |
| Vac Accrued | | 3.08 |
| Vacation | | 32.00 |
| Employee Id | | 07062510 |

$487.57 Bna Ar Cash for 05/01/18 – 05/31/18



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Advice number: 00000251311
Pay date: 06/22/2018

Deposited to the account of
CECILIA B. LENZY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0216 | xxxx xxxx | $1,464.80 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8RB | 137774 | 004075 | 586 | 0000271311 | 1. |

1196-0002



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Taxable Marital Status:   Married
Exemptions/Allowances:
　Federal:    9
　AZ:            Tax is 0.8%

# Earnings Statement

Period Beginning:　06/18/2018
Period Ending:　　07/01/2018
Pay Date:　　　　07/06/2018

CECILIA  B.  LENZY
1112  W  BLUEBIRD  DR
CHANDLER  AZ  85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 65.53 | 1,078.62 | 17,117.40 |
| Ot Overtime | 24.6900 | 7.93 | 195.79 | 3,265.03 |
| Per Personal | 16.4600 | 1.65 | 27.16 | 357.19 |
| Sck Sick Pay | 16.4600 | 7.62 | 125.43 | 646.71 |
| Vac Vacation | 16.4600 | 8.00 | 131.68 | 263.36 |
| Bna Ar Cash | | | | 2,055.77 |
| Bon/Comm Ot | | | | 101.43 |
| Hol Holiday | | | | 395.04 |
| **Gross Pay** | | | **$1,558.68** | 24,201.93 |

Your federal taxable wages this period are $1,403.69

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 73.46 | 1,172.18 |
| Personal | | 1.55 |
| Sick | | 2.45 |
| Vac Accrued | | 6.17 |
| Vacation | | 24.00 |
| Employee Id | | 07062510 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -87.03 | 1,394.82 |
| | Medicare Tax | -20.36 | 326.21 |
| | AZ State Income Tax | -11.23 | 179.99 |
| | Federal Income Tax | | 459.61 |
| | **Other** | | |
| | Dn1 Dental | -19.99* | 219.89 |
| | Hsa Family | -21.74* | 239.14 |
| | Md1 Medical | -108.00* | 1,188.00 |
| | Sla Ee Sup Life | -3.00 | 33.00 |
| | Vs1 Vision | -5.26* | 57.86 |
| **Net Pay** | | **$1,282.07** | |
| Cka Checking 1 | | -1,282.07 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

---

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Advice number:　00000271311
Pay date:　　　　07/06/2018

Deposited to the account of
CECILIA  B.  LENZY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0216 | xxxx  xxxx | $1,282.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8RB | 137774 | 004075 | 586 | 0000291308 | 1 |

1196-0002

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement



Period Beginning: 07/02/2018
Period Ending: 07/15/2018
Pay Date: 07/20/2018

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal: 9
  AZ:  Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 67.28 | 1,107.43 | 18,224.83 |
| Ot Overtime | 24.6900 | 5.08 | 125.43 | 3,390.46 |
| Sck Sick Pay | 16.4600 | 1.55 | 25.51 | 672.22 |
| Vac Vacation | 16.4600 | 6.00 | 98.76 | 362.12 |
| Bna Ar Cash | | | | 2,055.77 |
| Bon/Comm Ot | | | | 101.43 |
| Hol Holiday | | | | 395.04 |
| Per Personal | | | | 357.19 |
| **Gross Pay** | | | **$1,357.13** | 25,559.06 |

Your federal taxable wages this period are $1,202.14

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 72.36 | 1,244.54 |
| Personal | | 3.10 |
| Sick | | 3.32 |
| Vac Accrued | | 9.25 |
| Vacation | | 18.00 |
| Employee Id | | 07062510 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | -74.53 | 1,469.35 | |
| Medicare Tax | -17.43 | 343.64 | |
| AZ State Income Tax | -9.62 | 189.61 | |
| Federal Income Tax | | 459.61 | |
| Other | | | |
| Dn1 Dental | -19.99* | 239.88 | |
| Hsa Family | -21.74* | 260.88 | |
| Md1 Medical | -108.00* | 1,296.00 | |
| Sla Ee Sup Life | -3.00 | 36.00 | |
| Vs1 Vision | -5.26* | 63.12 | |
| **Net Pay** | **$1,097.56** | | |
| Cka Checking 1 | -1,097.56 | | |
| **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Deposited to the account of
CECILIA B. LENZY

Advice number: 00000291308
Pay date: 07/20/2018

**THIS IS NOT A CHECK**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0216 | xxxx xxxx | $1,097.56 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8RB | 137774 | 004075 | 586 | 0000311287 | 1 |

1178-0002

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement

**ADP**

Period Beginning: 07/16/2018
Period Ending: 07/29/2018
Pay Date: 08/03/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 9
  AZ: Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 80.00 | 1,316.80 | 19,541.63 |
| Ot Overtime | 24.6900 | 14.24 | 351.58 | 3,742.04 |
| Per Personal | 16.4600 | 1.00 | 16.46 | 373.65 |
| Bna Ar Cash | | | | 2,055.77 |
| Bon/Comm Ot | | | | 101.43 |
| Hol Holiday | | | | 395.04 |
| Sck Sick Pay | | | | 672.22 |
| Vac Vacation | | | | 362.12 |
| **Gross Pay** | | | **$1,684.84** | 27,243.90 |

Your federal taxable wages this period are $1,529.85

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 94.24 | 1,338.78 |
| Personal | | 3.65 |
| Sick | | 6.45 |
| Vac Accrued | | 12.33 |
| Vacation | | 18.00 |
| Employee Id | | 07062510 |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Social Security Tax | -94.85 | 1,564.20 |
| Medicare Tax | -22.18 | 365.82 |
| AZ State Income Tax | -12.24 | 201.85 |
| Federal Income Tax | | 459.61 |

**Other**

| | | |
|---|---|---|
| Dn1 Dental | -19.99* | 259.87 |
| Hsa Family | -21.74* | 282.62 |
| Md1 Medical | -108.00* | 1,404.00 |
| Sla Ee Sup Life | -3.00 | 39.00 |
| Vs1 Vision | -5.26* | 68.38 |
| **Net Pay** | **$1,397.58** | |
| Cka Checking 1 | -1,397.58 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages



APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Deposited to the account of
CECILIA B. LENZY

Advice number: 00000311287
Pay date: 08/03/2018

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxxxx0216 | xxxx | xxxx | $1,397.58 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8RB | 137774 | 004075 | 566 | 0000331280 | 1 |

1186-0002


APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement 

Period Beginning: 07/30/2018
Period Ending: 08/12/2018
Pay Date: 08/17/2018

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 9
　AZ: Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 58.19 | 957.81 | 20,499.44 |
| Per Personal | 16.4600 | 3.65 | 60.08 | 433.73 |
| Sck Sick Pay | 16.4600 | 4.35 | 71.60 | 743.82 |
| Vac Vacation | 16.4600 | 18.00 | 296.28 | 658.40 |
| Ot Overtime | | | | 3,742.04 |
| Bna Ar Cash | | | | 2,055.77 |
| Bon/Comm Ot | | | | 101.43 |
| Hol Holiday | | | | 395.04 |
| **Gross Pay** | | | **$1,385.77** | 28,629.67 |

Your federal taxable wages this period are $1,230.78

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 58.19 | 1,396.97 |
| Personal | | 1.55 |
| Sick | | 4.03 |
| Vac Accrued | | 15.42 |
| Employee Id | | 07062510 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -76.31 | 1,640.51 |
| Medicare Tax | | -17.85 | 383.67 |
| AZ State Income Tax | | -9.85 | 211.70 |
| Federal Income Tax | | | 459.61 |
| **Other** | | | |
| Dn1 Dental | | -19.99* | 279.86 |
| Hsa Family | | -21.74* | 304.36 |
| Md1 Medical | | -108.00* | 1,512.00 |
| Sla Ee Sup Life | | -3.00 | 42.00 |
| Vs1 Vision | | -5.26* | 73.64 |
| **Net Pay** | | **$1,123.77** | |
| Cka Checking 1 | | -1,123.77 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages


APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Deposited to the account of
CECILIA B. LENZY

Advice number: 00000331280
Pay date: 08/17/2018

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0216 | xxxx xxxx | $1,123.77 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 6RB | 137774 | 004075 | 586 | 0000351132 | 1 |

1033-0002

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

# Earnings Statement 

Period Beginning: 08/13/2018
Period Ending: 08/26/2018
Pay Date: 08/31/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,Tax Blocked
  AZ: Tax is 0.8%

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 80.00 | 1,316.80 | 21,816.24 |
| Ot Overtime | 24.6900 | 8.46 | 208.88 | 3,950.92 |
| Bna Ar Cash | | | 218.54 | 2,274.31 |
| Bon/Comm Ot | 0.7493 | 13.01 | 9.75 | 111.18 |
| Sck Sick Pay | 16.4600 | 2.50 | 41.15 | 784.97 |
| Hol Holiday | | | | 395.04 |
| Per Personal | | | | 433.73 |
| Vac Vacation | | | | 658.40 |
| **Gross Pay** | | | **$1,795.12** | 30,424.79 |

$218.54 Bna Ar Cash for 07/01/18 - 07/31/18
$9.75, 13.01 Bon/Comm Ot Hours for 07/01/18 - 07/31/18

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,640.13

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -101.69 | 1,742.20 |
| | Medicare Tax | -23.78 | 407.45 |
| | AZ State Income Tax | -13.12 | 224.82 |
| | Federal Income Tax | | 459.61 |
| | **Other** | | |
| | Dn1 Dental | -19.99* | 299.85 |
| | Hsa Family | -21.74* | 326.10 |
| | Md1 Medical | -108.00* | 1,620.00 |
| | Sla Ee Sup Life | -3.00 | 45.00 |
| | Vs1 Vision | -5.26* | 78.90 |
| | 50 Garnishment | -419.57 | 419.57 |
| **Net Pay** | | **$1,078.97** | |
| Cka Checking 1 | | -1,078.97 | |
| **Net Check** | | **$0.00** | |

Other Benefits and
Information              this period    total to date
Tot Work Hours              88.46         1,485.43
Personal                                      3.10
Sick                                          4.48
Vac Accrued                                  18.50

Employee Id                               07062510

**Important Notes**
EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS HAVE BEEN CHANGED FROM 9 TO 0.

© 2000 ADP LLC

---

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Deposited to the account of
CECILIA B. LENZY

Advice number: 00000351132
Pay date: 08/31/2018

THIS IS NOT A CHECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0216 | xxxx xxxx | $1,078.97 |

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 8RB | 137774 | 004075 | 586 | 0000371134  1 |

1007-0002

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:   0,Tax Blocked
AZ:        Tax is 0.8%

# Earnings Statement



Period Beginning:   08/27/2018
Period Ending:      09/09/2018
Pay Date:           09/14/2018

CECILIA B. LENZY
1112 W BLUEBIRD DR
CHANDLER AZ 85286

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 16.4600 | 76.73 | 1,262.98 | 23,079.22 |
| Ot Overtime | 24.6900 | 7.02 | 173.32 | 4,124.24 |
| Bna Ar Cash | | | 250.96 | 2,525.27 |
| Bon/Comm Ot | 0.5209 | 22.70 | 11.82 | 123.00 |
| Hol Holiday | 16.4600 | 8.00 | 131.68 | 526.72 |
| Per Personal | 16.4600 | 1.38 | 22.71 | 456.44 |
| Sck Sick Pay | 16.4600 | 2.00 | 32.92 | 817.89 |
| Vac Vacation | | | | 658.40 |
| **Gross Pay** | | | **$1,886.39** | 32,311.18 |

$250.96 Bna Ar Cash for 08/01/18 - 08/31/18
$11.82, 22.70 Bon/Comm Ot Hours for 08/01/18 - 08/31/18

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,731.40

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -107.34 | 1,849.54 |
| | Medicare Tax | -25.10 | 432.55 |
| | AZ State Income Tax | -13.85 | 238.67 |
| | Federal Income Tax | | 459.61 |
| | **Other** | | |
| | Dn1 Dental | -19.99* | 319.84 |
| | Hsa Family | -21.74* | 347.84 |
| | Md1 Medical | -108.00* | 1,728.00 |
| | Sla Ee Sup Life | -3.00 | 48.00 |
| | Vs1 Vision | -5.26* | 84.16 |
| | 50 Garnishment | -440.46 | 860.03 |
| **Net Pay** | | **$1,141.65** | |
| | Cka Checking 1 | -1,141.65 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 83.75 | 1,569.18 |
| Personal | | 3.27 |
| Sick | | 5.28 |
| Vac Accrued | | 21.58 |
| Employee Id | | 07062510 |

©2000 ADP, LLC

APRIA HEALTHCARE LLC.
26220 ENTERPRISE COURT
LAKE FOREST, CA 92630
949 639-2000

Advice number:   00000371134
Pay date:        09/14/2018

Deposited to the account of
CECILIA B. LENZY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0216 | xxxx xxxx | $1,141.65 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**